UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                          :
:
-v.-                                  :      20-cr-74 (PKC)
:
EDGAR MONTOYA-ULLOA,                              :      ORDER
:
Defendant.            :
------------------------------------------------------------------X

CASTEL, U.S.D.J.

      The next proceeding in this matter will take place on November 18, 2021 at 9:00 a.m. The public may access an audio feed of the proceeding at the following number:

      Phone Number:    1-646-828-7666

      Access Code:       1601079548#

      Members of the public must mute their phones and are not permitted to speak during the proceeding.

      SO ORDERED.

                                                  P. Kevin Castel
                                              United States District Judge

Dated: November 16, 2021
       New York, New York