UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                         20 CR 74 (PKC)

      -against-                                        ORDER

EDGAR MONTOYA-ULLOA

                Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

       The sentencing originally scheduled on September 20, 2023 is adjourned to October 17, 2023 at 11:00 a.m. in Courtroom 11D.

       SO ORDERED.

                                                        P. Kevin Castel
                                              United States District Judge

Dated: New York, New York
          July 11, 2023