# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

July 21, 2023

**BY ECF**

> Sentencing is adjourned from October 17, 2023 to September 7, 2023 at 2:00 p.m.
> SO ORDERED.
> Dated: 8/1/2023
>
> P. Kevin Castel
> United States District Judge

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **United States v. Edgar Montoya-Ulloa**
          **20 Cr. 74 (PKC)**

Dear Judge Castel:

I write with the consent of the government to request an adjournment of Edgar Montoya-Ulloa's sentencing, currently scheduled for October 17, 2023 at 11am.

On May 4, 2023, Mr. Montoya-Ulloa was presented in Magistrate Court on a Violation of Supervised Release petition and ordered detained. On May 11, 2023, Mr. Montoya-Ulloa appeared before this Court. He was arraigned on the petition and the matter was adjourned for the government to produce discovery.

On June 29, 2023, Mr. Montoya-Ulloa admitted to violating specification four, violation of 8 U.S.C. § 1326, illegal reentry. That day, the Court scheduled sentencing for September 20, 2023 at 11am. On July 11, 2023, the Court issued an Order on the docket adjourning sentencing to October 17, 2023 at 11am. Defense counsel is unavailable at that time.

Given Mr. Montoya-Ulloa's guidelines range, he intends to seek a sentence of time served. Accordingly, Mr. Montoya-Ulloa respectfully requests an adjournment of sentencing to an earlier date. The parties have conferred and are available on the following dates/times: September 7, 2023 after 1pm; September 8; September 26; October 5; and, October 12.

Thank you for your consideration of this request.

Respectfully submitted,

/s/

Marne L. Lenox, Esq.

*Counsel for Edgar Montoya-Ulloa*

cc:     Counsel of record