# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

August 28, 2023

**BY ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Application GRANTED.
SO ORDERED.
Dated: 08/28/2023

*/s/ P. Kevin Castel*
P. Kevin Castel
United States District Judge

Re: <u>United States v. Edgar Montoya-Ulloa</u>
20 Cr. 74 (PKC)

Dear Judge Castel:

    I represent Edgar Montoya-Ulloa in the above-captioned matter. I write with the consent of the government to request an extension of the sentencing submission deadline from August 24 to August 28, 2023. I have been ill and was unable to meet the original deadline.

    Thank you for your consideration of this request.

Respectfully submitted,

/s/

Marne L. Lenox, Esq.

*Counsel for Edgar Montoya-Ulloa*

cc:    Patrick Moroney, Assistant U.S. Attorney